```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL SIMMONS,

                                  Plaintiff,

            -against-

DEVACHAN HAIR & SPA, INC., DEVA
CONCEPTS LLC, ANGELA KUO,
RACHEL SACK-HOPPENFELD, ROBERT
SCHAEFFLER, MEGAN STREETER,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-6862 (RA)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 22). A telephone conference will be held on **Thursday, February 2, 2023 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 19, 2023
       New York, New York

                                                       *Katharine H. Parker*
                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge