UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL SIMMONS,

                                Plaintiff,

                -against-

DEVACHAN HAIR & SPA, INC., DEVA
CONCEPTS LLC, ANGELA KUO,
RACHEL SACK-HOPPENFELD, ROBERT
SCHAEFFLER, MEGAN STREETER,

                         Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**22-CV-6862 (RA)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Monday, May 1, 2023 at 10:00**

**a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

Parties must attend in-person with their counsel.  Corporate parties must send the person with

decision making authority to settle the matter to the conference.  The parties are instructed to

complete the Settlement Conference Summary Report and prepare pre-conference submissions

in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions

must be received by the Court no later than **April 24, 2023 by 5:00 p.m.**

        **SO ORDERED.**

Dated: February 2, 2023
      New York, New York

_____
   KATHARINE H. PARKER
   United States Magistrate Judge