UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 2/16/2023

MICHAEL SIMMONS,

            Plaintiff,

     v.

DEVA CONCEPTS LLC, ANGELA KUO,
RACHEL SACK-HOPPENFELD,
ROBERT SCHAEFFLER, MEGAN
STREETER,

            Defendants.

No. 22-cv-6862 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     On February 10, 2023, the Court granted the parties' joint request for an extension. *See* Dkt. 28. Accordingly, the post-fact discovery conference previously scheduled for February 24, 2023 is hereby adjourned. No later than February 24, 2023, the parties shall file a proposed amended case management plan.

SO ORDERED.

Dated:    February 16, 2023
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge